ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.    CSB# 236458
BRETT O. TERRY, ESQ.      CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| BENJAMIN SANGRAAL and CATHERINE JONES, | Case No: CV11-04884 LB |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER EXCUSING EXCUSINGPLAINTIFF CATHERINE JONES AND CERTAIN INDIVIDUAL DEFENDANTS FROM PERSONALLY ATTENDING MARCH 5, 2013 SETTLEMENT CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On February 12, 2013, the parties submitted a joint motion to excuse Plaintiff and certain individual Defendants from personally attending the March 5, 2013 Settlement Conference.. Upon review of the Motion, and good cause appearing, the Court hereby orders as follows:

//

//

---

[Proposed] Order re: Plaintiff's Motion to be
Excused from the Settlement Conference
Sangraal/Jones v. City/County of San Francisco, et al.
U.S. District Court – Northern District
Case No. CV11-04884 LB

1

1. Plaintiff is excused from personally attending the March 5, 2013 Settlement Conference.

2. Plaintiff is to be available by telephone at all times during the Settlement Conference.

3. All individually-named Defendants are excused from personally attending the March 5, 2013 Settlement Conference, with the understanding that at least one individual Defendant shall attend, along with a person with full authority to recommend a settlement to the San Francisco Board of Supervisors.

**IT IS SO ORDERED.**

Date: 02/22/2013

_____
Maria-Elena James
Chief United States Magistrate Judge

---

[Proposed] Order re: Plaintiff's Motion to be
Excused from the Settlement Conference
Sangraal/Jones v. City/County of San Francisco, et al.
U.S. District Court – Northern District
Case No. CV11-04884 LB

2