<strong>United States District Court</strong><br><em>For the Northern District of California</em>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| BENJAMIN SANGRAAL, *et al.*, | No. CV11-04884 LB |
|---|---|
| Plaintiffs, | **ORDER WITH UPDATED SCHEDULE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Hearing on Summary Judgment Motion | 6/20/2013, at 9:30 a.m. |
| Pretrial filings due | 8/8/2013 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 8/15/2013 |
| Final Pretrial Conference | 8/29/2013, at 11:00 a.m. |
| Trial | 9/16/2013, at 8:30 a.m. |

**IT IS SO ORDERED**.

Dated: June 3, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
CV11-04884 LB