1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Attorney
3  DONALD P. MARGOLIS, State Bar #116588
   ELIZABETH PEDERSON, State Bar #288184
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3853 [Margolis]
   Telephone:     (415) 554-3862 [Pederson]
7  Facsimile:     (415) 554-3837
   E-Mail:        don.margolis@sfgov.org
8  E-Mail:        elizabeth.pederson@sfgov.org

9
   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO,
   MARIA ELENA MARTINEZ, SUSAN TAIT,
11 BARBARA HIGGINS, MAYRA GOMEZ,
   and DAN PHILLIPS
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15 CATHERINE JONES,                    Case No. 11-cv-04884 LB (MEJ)

16       Plaintiff,                    **STIPULATION AND (~~PROPOSED~~) ORDER
                                        VACATING SETTLEMENT CONFERENCE**
17       vs.
                                       Current Sett. Conf. Date:   June 18, 2013, 1:00 pm
18 CITY AND COUNTY OF SAN              Trial Date:                 September 16, 2013
   FRANCISCO, et al.,
19
         Defendants.
20

21

22       The parties stipulate to an order vacating the settlement conference set for June 18, 2013 in this

23 matter.

24                                   **RECITALS**

25       A.      On February 25, 2013, this Court filed its Notice of Continuance of Settlement

26 Conference, re-setting the settlement conference date for June 18, 2013, at 10:00 a.m. (Dkt. 31.)

27       B.      On March 28, 2013, defendants filed a motion for summary judgment.  In the course of

28 a telephone conference concerning that motion on June 3, 2013, among counsel and Magistrate Judge

1   Beeler, after previous adjustments of the hearing date on defendants' motion, the Court reset the

2   hearing date on the motion from June 6 to June 20, 2013.  In discussing the issue of an approrieate

3   hearing date, Judge Beeler raised the subject of the value and timing of the upcoming settlement

4   conference.  Plaintiff's counsel stated he was pessimistic that the settlement conference could lead to a

5   resolution while the summary judgment motion remained to be heard.  Defendant's counsel concurred.

6       C.    Based on counsel's assessments, Judge Beeler agreed that it would be appropriate to

7   seek an order by Judge James vacating the settlement conference, and authorized counsel to represent

8   her view to Judge James.

9       D.    Trial in this matter is set for September 16, 2013.

10   **STIPULATION**

11       In the interest of promoting economy and efficiency for the Court and the parties, and avoiding

12   a settlement conference that the parties believe has little prospect of yielding a settlement, at least at

13   this juncture, the parties stipulate to the entry of an order vacating the June 18, 2013 settlement

14   conference, without prejudice to the right of either party to seek the setting of a settlement conference

15   at a later date on which the Court is available, after the hearing on the pending summary judgment

16   motion.

17

18   Dated:  June 4, 2013               DENNIS J. HERRERA
    City Attorney

19

20   By:_____*/s/ Donald P. Margolis*_____
    DONALD P. MARGOLIS

21   Deputy City Attorney
    Attorneys for Defendants

22   Dated:  June 4, 2013               THE LAW OFFICES OF ROBERT R. POWELL

23

24   By:___*/s/ Dennis Ingols*_____
    DENNIS INGOLS

25   Attorneys for Plaintiff

26

27

28

**ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that the settlement conference scheduled for June 18, 2013 is VACATED, subject to the right of any party to request a rescheduled settlement conference after the hearing on the motion for summary judgment, and subject to the availability of a suitable date on the Court's calendar for a settlement conference.

**IT IS SO ORDERED**.

Dated: June 4, 2013

By:_____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Stip & Order Vacating Settlement Conference
Sangraal/Jones v. CCSF; Case No. 11-cv-04884
3
n:\lit\li2011\111451\00851515.doc