DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
DONALD P. MARGOLIS, State Bar #116588
ELIZABETH PEDERSON, State Bar #288184
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853 [Margolis]
Telephone:     (415) 554-3862 [Pederson]
Facsimile:     (415) 554-3837
E-Mail:        don.margolis@sfgov.org
E-Mail:        elizabeth.pederson@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MARIA ELENA MARTINEZ, SUSAN TAIT,
BARBARA HIGGINS, MAYRA GOMEZ,
and DAN PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE JONES,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No. 11-cv-04884 LB (MEJ)<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER VACATING SETTLEMENT CONFERENCE**<br><br>Current Sett. Conf. Date:   June 18, 2013, 1:00 pm<br>Trial Date:                 September 16, 2013 |

The parties stipulate to an order vacating the settlement conference set for June 18, 2013 in this matter.

**RECITALS**

A.    On February 25, 2013, this Court filed its Notice of Continuance of Settlement Conference, re-setting the settlement conference date for June 18, 2013, at 10:00 a.m. (Dkt. 31.)

B.    On March 28, 2013, defendants filed a motion for summary judgment. In the course of a telephone conference concerning that motion on June 3, 2013, among counsel and Magistrate Judge

Beeler, after previous adjustments of the hearing date on defendants' motion, the Court reset the hearing date on the motion from June 6 to June 20, 2013.  In discussing the issue of an apprieate hearing date, Judge Beeler raised the subject of the value and timing of the upcoming settlement conference.  Plaintiff's counsel stated he was pessimistic that the settlement conference could lead to a resolution while the summary judgment motion remained to be heard.  Defendant's counsel concurred.

      C.      Based on counsel's assessments, Judge Beeler agreed that it would be appropriate to seek an order by Judge James vacating the settlement conference, and authorized counsel to represent her view to Judge James.

      D.      Trial in this matter is set for September 16, 2013.

## STIPULATION

In the interest of promoting economy and efficiency for the Court and the parties, and avoiding a settlement conference that the parties believe has little prospect of yielding a settlement, at least at this juncture, the parties stipulate to the entry of an order vacating the June 18, 2013 settlement conference, without prejudice to the right of either party to seek the setting of a settlement conference at a later date on which the Court is available, after the hearing on the pending summary judgment motion.

Dated:  June 4, 2013                                    DENNIS J. HERRERA
                                                        City Attorney

                                                        By:      /s/ Donald P. Margolis
                                                            DONALD P. MARGOLIS
                                                            Deputy City Attorney
                                                            Attorneys for Defendants

Dated:  June 4, 2013                                    THE LAW OFFICES OF ROBERT R. POWELL

                                                        By:    /s/ Dennis Ingols
                                                            DENNIS INGOLS
                                                            Attorneys for Plaintiff

## ORDER

Pursuant to the parties' stipulation, it is hereby ordered that the settlement conference scheduled for June 18, 2013 is VACATED, subject to the right of any party to request a rescheduled settlement conference after the hearing on the motion for summary judgment, and subject to the availability of a suitable date on the Court's calendar for a settlement conference.

**IT IS SO ORDERED**.

Dated: June 4, 2013

By: _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE